468 A.2d 841

Estate of Atkinson.

Appeal of: Lochner.

Petition for Allowance of Appeal Denied March 2, 1984.

Argued September 7, 1983. Edwin F. Lochner, appellant, in propria persona; Jerome B. Apfel, for Moore, participating party; Lawrence Barth, for Commonwealth, participating party; Richard W. McConaghy, for Ad Litem, participating party.

Before ROWLEY, POPOVICH and MONTGOMERY, JJ.

Judgment affirmed.